# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**RICHARD L. MONROE,**

    Plaintiff,

  v.                                                             **Case No. 17-CV-1625**

**WISCONSIN DEPARTMENT OF WORKFORCE DEVELOPMENT,**

    Defendant.

## REPORT AND RECOMMENDATION
## THAT THE ACTION BE DISMISSED FOR LACK OF DILIGENCE

Plaintiff Richard L. Monroe, who is proceeding without the assistance of counsel, filed this action on November 22, 2017. ECF No. 1. The matter was randomly assigned to this Court, and Mr. Monroe consented to magistrate judge jurisdiction. *See* 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73(b).

On November 29, 2017, the Court entered an Order providing Mr. Monroe with two avenues to proceed with this case. ECF No. 4. The Court gave Mr. Monroe a deadline of December 20, 2017, to either (1) notify the Court that he voluntarily dismisses this action, or (2) submit proof that he exhausted his administrative remedies and file an amended complaint addressing the issues identified in the Court's order. *Id*. Mr. Monroe did not take any action or communicate with the Court in any way by December 20, 2017.

On December 29, 2017, the Court issued a show-cause order, directing Mr. Monroe to explain his failure to comply with Court Orders. ECF No. 5. The show-

cause order indicated that Mr. Monroe's failure to respond may result in dismissal of this action for lack of diligence pursuant to Fed. R. Civ. P. 41(b) and E.D. Wis. Civ. L. R. 41(c). Mr. Monroe's response was due on or before January 29, 2018. To date, the Court has not received Mr. Monroe's response to the show-cause order. Accordingly, the Court will recommend that the action be dismissed for lack of diligence.

**NOW, THEREFORE, IT IS HEREBY RECOMMENDED** that, pursuant to Fed. R. Civ. P. 41(b) and E.D. Wis. Civ. L. R. 41(c), this action be **DISMISSED** for lack of diligence.

Your attention is directed to 28 U.S.C. § 636(b)(1)(B) and (C), Fed. R. Civ. P. 72(b)(2), and E.D. Wis. Gen. L. R. 72(c), whereby written objections to any recommendation herein, or part thereof, may be filed within fourteen days of service of this Recommendation. Objections are to be filed in accordance with the Eastern District of Wisconsin's electronic case filing procedures. Failure to file a timely objection with the district judge shall result in a waiver of your right to appeal. If no response or reply will be filed, please notify the Court in writing.

Dated at Milwaukee, Wisconsin, this 12th day of February, 2018.

                                         **BY THE COURT:**

                                    *s/David E. Jones*
                                    DAVID E. JONES
                                    United States Magistrate Judge